[No. 45574-5-I.   Division One.   October 1, 2001.]

GREGORY MCPHERSON, *Appellant*, v. DONALD TURPIN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-06301-9, Jay V. White, J., entered October 19, 1999. *Affirmed* by unpublished opinion per Baker, J., concurred in by Grosse and Ellington, JJ.

[No. 45765-9-I.   Division One.   October·1, 2001.]

THE CITY OF SEATTLE, *Respondent*, v. RORY CRISPIN, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-05538-5, Jim Bates, J., entered December 10, 1999. *Affirmed in part* and *reversed in part* by unpublished opinion per Kennedy, J., concurred in by Becker, A.C.J., and Webster, J.

[No. 45874-4-I.   Division One.   October 1, 2001.]

RANDY B. CROSS, *Respondent*, v. ERV M. SODERQUIST, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-2-02012-0, Anita L. Farris, J., entered December 10, 1999. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Grosse and Cox, JJ.

[Nos. 46495-7-I; 46496-5-I.   Division One.   October 1, 2001.]

THE STATE OF WASHINGTON, *Appellant*, v. T.A.B., *Respondent*.

THE STATE OF WASHINGTON, *Appellant*, v. T.A.B., *Respondent*.

Appeals from a judgment of the Superior Court for King County, No. 99-8-06434-0, Julie Spector, J., entered March 23, 2000. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Webster and Appelwick, JJ.